IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK L. PERRY,

      Plaintiff,                No. 2:10-cv-3223 KJN P

   vs.

CAPTAIN CHANDLESS, et al.,

      Defendants.          ORDER

_____/

      Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 9, 2011, plaintiff was ordered to show cause, within thirty days, why this action should not be dismissed. The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 11, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

perr3223.fsc