IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK L. PERRY,

    Plaintiff,          No. 2:10-cv-3223 KJN P

  vs.

YUBA COUNTY, et al.,

    Defendants.      ORDER

_____/

       Plaintiff has filed a motion for a sixty day extension of time to file an opposition to defendants' November 10, 2011 motion to dismiss. Defendants filed a statement of non-opposition. Good cause appearing, plaintiff's motion is granted.

       On December 8, 2011, plaintiff filed a request for a copy of his motion for continuance so plaintiff could serve a copy on defendants. However, defendants received a copy of plaintiff's filing through the court's CM/ECF system, and do not oppose the extension. Thus, plaintiff's request for a copy is denied as moot.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 1, 2011 motion for an extension of time (dkt. no. 36) is granted;

////

1

2. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendants' motion to dismiss. Defendants' reply, if any, shall be filed within seven days from the filing of plaintiff's response; and

3. Plaintiff's December 8, 2011 request (dkt. No. 39) is denied.

DATED: December 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

perr3223.36(2)