IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK L. PERRY,

      Plaintiff,                No. 2:10-cv-3223 KJN P

  vs.

YUBA COUNTY, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff has filed a motion for a sixty day extension of time to file an opposition to defendants' November 10, 2011 motion to dismiss. Defendants filed a statement of non-opposition. Good cause appearing, plaintiff's motion is granted.

      On December 8, 2011, plaintiff filed a request for a copy of his motion for continuance so plaintiff could serve a copy on defendants. However, defendants received a copy of plaintiff's filing through the court's CM/ECF system, and do not oppose the extension. Thus, plaintiff's request for a copy is denied as moot.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 1, 2011 motion for an extension of time (dkt. no. 36) is granted;

////

1

1        2. Plaintiff is granted sixty days from the date of this order in which to file an
2  opposition to defendants' motion to dismiss. Defendants' reply, if any, shall be filed within
3  seven days from the filing of plaintiff's response; and
4        3. Plaintiff's December 8, 2011 request (dkt. No. 39) is denied.
5  DATED: December 13, 2011

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

perr3223.36(2)

2